IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHARLES YOUNG, #284656 | § | |
| VS. | § | CIVIL ACTION NO. 6:07cv225 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Petition for a Writ of Habeas Corpus is **DISMISSED** without prejudice. It is further

**ORDERED** that the Clerk shall return unfiled any new documents submitted by the Petitioner in this case or any new lawsuits submitted by him unless the Petitioner first shows that he has complied with all sanctions previously imposed or has obtained permission from a federal judicial officer to file the lawsuit. It is finally

**ORDERED** that all other motions by either party not previously ruled on are hereby **DENIED**.

So **ORDERED** and **SIGNED** this 25th day of June, 2007.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**